IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DION BROWN'EL**                                                                                                            **PLAINTIFF**
**#913261**

v.                     **Case No: 4:24-cv-00081-LPR**

**WHITE COUNTY SHERIFF'S**
**DEPARTMENT, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 50). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 46) is GRANTED. Plaintiff's individual-capacity excessive force claim against Defendant Seiders and individual-capacity failure to protect claim against Defendant Rodgers are DISMISSED with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law battery claim against Defendant Seiders; that claim is therefore DISMISSED without prejudice. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] The Court notes the RD presents the Court the option of declining to exercise supplemental jurisdiction over the state law claims. The Court believes this is the better way to go. The Court is concerned that the state law analysis is more complex than the RD suggests and may involve questions of "privilege" to commit an offensive or unwanted touching. (Although the officer obviously did not intend harm, he did intend to do the touching.) Better to leave this claim to be addressed in state court if the Plaintiff decides to file a case there.

IT IS SO ORDERED this 11th day of June 2025.

                                                                     _____
                                                                     LEE P. RUDOFSKY
                                                                     UNITED STATES DISTRICT JUDGE