IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DION BROWN'EL**                                                                         **PLAINTIFF**
**#913261**

**v.**                      **Case No: 4:24-cv-00081-LPR**

**WHITE COUNTY SHERIFF'S**
**DEPARTMENT, et al.**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) Plaintiff's individual-capacity excessive force claim against Seiders and Plaintiff's individual-capacity failure to protect claim against Rodgers are DISMISSED with prejudice; and (2) all other claims brought in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 11th day of June 2025.

                                                         _____
                                                         LEE P. RUDOFSKY
                                                         UNITED STATES DISTRICT JUDGE